**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| J.O.<br><br>      *Plaintiff*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), *et al.*,<br><br>      *Defendants*. | Civil Action No. 22-cv-1850-AMD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO PROCEED ANONYMOUSLY** |

THIS MATTER having come before the Court through a Complaint for a Writ of Mandamus, Plaintiff through his attorneys, Kramer Levin Naftalis & Frankel LLP, moves for entry of an Order permitting him to proceed anonymously in these proceedings and the Court having considered Plaintiff's application and good cause having been shown,

IT IS on this __5th__ day of __April__, 2022;

ORDERED that (1) Plaintiff be and is hereby granted permission to proceed anonymously herein using the pseudonym "J.O." and (2) requiring the parties in this action to hereinafter refer to Plaintiff in all filings, orders, and opinions, solely as "Plaintiff" or "J.O.," or by some other manner that avoid referencing his name.

                s/Ann M. Donnelly
                _____
                     U.S.D.J.